IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE JONES, NAOMI MOORE, PEACE NJOKU, SHAKEYA SCOTT, SEAN SMITH and INDY WILLIAMS, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> UNIVAR, INC. and UNIVAR USA, INC., <br><br> Defendants. | CIVIL ACTION NO: 1:18-CV-00596-ELR |

## **DEFENDANT UNIVAR INC.'S MOTION TO DISMISS**

Defendant Univar Inc. makes this limited appearance, by and through counsel, to file this Motion to Dismiss and supporting Memorandum of Law pursuant to Fed. R. Civ. P. 12(b)(2). For the reasons fully set forth in the attached Memorandum, Univar Inc. does no business in Georgia and has no other connection to Georgia or Plaintiffs which would support the exercise of personal jurisdiction over it here in Georgia. Univar Inc. requests that it be dismissed from this lawsuit and that Plaintiffs be ordered to pay its costs and attorneys' fees associated with this Motion, and for any other relief to which it may be entitled.

-2-

Respectfully submitted this 2nd day of July, 2018.

        */s/ Erika L. Leonard*
        Erika L. Leonard
        Georgia Bar No. 565965
        Harry M. Rowland, III
        Georgia Bar No. 946192
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        191 Peachtree Street, NE, Suite 4800
        Atlanta, GA 30303
        Telephone: (404) 881-1300
        Facsimile: (404) 870-1732
        erika.leonard@ogletreedeakins.com
        harry.rowland@ogletree.com

*Attorneys for Defendant Univar Inc.*

-3-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| YVONNE JONES, NAOMI MOORE, PEACE NJOKU, SHAKEYA SCOTT, SEAN SMITH and INDY WILLIAMS, Individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>UNIVAR, INC. and UNIVAR USA, INC.,<br><br>  Defendants | CIVIL ACTION NO:<br>1:18-CV-00596-ELR |

## CERTIFICATE OF SERVICE

This is to certify that on July 2, 2018, I have this day filed a copy of the **DEFENDANT UNIVAR INC.'S MOTION TO DISMISS AND SUPPORTING MEMORANDUM OF LAW** via the Court's CM/ECF system which will automatically serve a copy of same upon counsel of record.

/s/ Erika L. Leonard
Erika L. Leonard

34620141.1