# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| Yvonne Jones, Naomi Moore, Peace Njoku, Shakeya Scott, Sean Smith, and Indy Williams, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Univar USA Inc.,<br><br>    Defendant. | Case No. 1:18-CV-00596-ELR |

## ORDER

Upon review of the Parties' Joint Motion for Entry of Consent Order for Arbitration, whereby the Parties have expressed their agreement to submit the matter presently before the Court to arbitration, it is hereby ORDERED that this case is dismissed with prejudice so that the Parties may arbitrate this matter. This Consent Order is without any admission by any Party.

So **ORDERED** this 11th day of March, 2019.

_____
**HONORABLE ELEANOR L. ROSS**
**UNITED STATES DISTRICT JUDGE**